UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH GOLANOSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNWORKS, INC., CHARLES F. CARGILE, DANIEL GROSS, JUDITH HALL, RHONE RESCH, STANLEY SPEER,<br><br>    Defendants. | Case No.: 20-cv-8732 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 16, 2020

                                            **MOORE KUEHN, PLLC**

                                            */s/Justin Kuehn*
                                            Justin A. Kuehn
                                            Fletcher W. Moore
                                            30 Wall Street, 8th floor
                                            New York, New York 10005
                                            Tel: (212) 709-8245
                                            jkuehn@moorekuehn.com
                                            fmoore@moorekuehn.com

                                            *Attorneys for Plaintiff*